```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN                              JS - 6
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  California State Bar No. 107014
    Assistant United States Attorney
 5      411 West Fourth Street, Suite 8000
        Santa Ana, CA 92701
 6      Telephone: (714) 338-3532
        Facsimile: (714) 338-3523
 7      E-mail    : marcus.kerner@usdoj.gov
    Attorneys for Defendant,
 8  Michael J. Astrue, Commissioner of
    Social Security
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MATILDA CARDENAS, | ) | No. CV 09-00450-GAF(MLG) |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

Dated: <u>June 25, 2009</u>

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

1  Presented by:

2  THOMAS. P. O'BRIEN
   United States Attorney
3  LEON W. WEIDMAN
   Assistant United States Attorney
4  Chief, Civil Division

5       /s/ Marcus M. Kerner
   _____
6  MARCUS M. KERNER
   Assistant United States Attorney
7
   Attorneys for Defendant
8