ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
353 Sanjon Road
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 643-3062
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Matilda Cardenas

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MATILDA CARDENAS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>  Defendant. | CASE NO. CV09-450-GAF (MLG)<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's assignee, is awarded attorney fees under the Equal Access to Justice Act in the amount of ONE-THOUSAND ONE-HUNDRED FIFTY DOLLARS and NO CENTS ($1,150.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: <u>August 5, 2009</u>

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

1